1  Steven A. Nielsen (CSB #133,864)
   Steve@NielsenPatents.com
2  **ALLMAN & NIELSEN, P.C.**
   100 Larkspur Landing Circle, Suite 212
3  Larkspur, California 94939
   Tel.: (415) 461-2700
4  Fax: (415) 461-2726

5  Attorneys for Plaintiff and Counterdefendant,
   IVARSON USA, LLC

6

7                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8                     SAN FRANCISCO DIVISION

9

10 IVARSON USA, LLC,                )   Case No. CV13-02059-EMC
                                    )
11     Plaintiff /Counterdefendant, )   **NOTICE OF SETTLEMENT**
                                    )
12     vs.                          )   ORDER
                                    )
13 TRAVELERS CLUB LUGGAGE, INC.,    )
                                    )
14     Defendant/Counterclaimant.   )
                                    )
15                                  )

16

17                      **NOTICE OF SETTLEMENT**

18     The parties are pleased to announce that a settlement has been reached. A formal

19

20 settlement agreement is being drafted.

21
                                    Respectfully submitted,
22

23 Dated: May 16, 2014

24 IT IS SO ORDERED that the           By /s/ *Steven A. Nielsen*
   8/25/14 Tutorial and 9/8/14              Steven A. Nielsen
25 Claim Construction Hearing
   are vacated.  A further CMC       Attorneys for
26 is set for 9/11/14 at 10:30 a.m.  Attorneys for Plaintiff and Counterdefendant,
   A joint CMC statement shall be filed   IVARSON USA, LLC
27 by 9/4/14.

28

   _____
   Edward M. Chen, U.S. District Judge

   *IVARSON USA, LLC vs. TRAVELERS CLUB LUGGAGE, INC. CASE NO. CV13-02059-EMC*
   Notice of Settlement

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]