| | |
|---|---|
| 1 | Steven A. Nielsen (CSB #133864) |
| | Steve@NielsenPatents.com |
| 2 | ALLMAN & NIELSEN, P.C. |
| | 100 Larkspur Landing Circle, Suite 212 |
| 3 | Larkspur, California 94939 |
| | Tel.: (415) 461-2700 |
| 4 | Fax: (415) 461-2726 |
| 5 | Attorneys for Plaintiff and Counterdefendant, |
| | IVARSON USA, LLC |
| 6 | |
| 7 | R. Joseph Trojan CA Bar No. 137,067 |
| | Trojan@patentrademark.com |
| 8 | Dylan Dang CA Bar No. 223,455 |
| | dang@patentrademark.com |
| 9 | TROJAN LAW OFFICES |
| | 9250 Wilshire Blvd., Suite 325 |
| 10 | Beverly Hills, CA 90212 |
| | Tel.: (310) 777-8399 |
| 11 | Fax: (310) 777-8348 |
| 12 | Attorneys for Defendant/Counterclaimant, |
| | TRAVELERS CLUB LUGGAGE, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IVARSON USA, LLC, | Case No. CV13-02059-EMC |
| Plaintiff /Counterdefendant, | **UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| TRAVELERS CLUB LUGGAGE, INC., | CASE MANAGEMENT CONFERENCE |
| Defendant/Counterclaimant. | Time: 10:30 AM |
| | Date: Sept. 11, 2014 |
| | Judge: Hon. Edward M. Chen |
| | Place: Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA |

1. **Status of Case**

The case has settled and the settlement payments are nearly complete. The parties respectfully request a continuance of the CMC.

Respectfully submitted,

Dated: Sept. 9, 2014

        Steven A. Nielsen (CSB #133864)
        Steve@NielsenPatents.com
        **ALLMAN & NIELSEN, P.C.**
        100 Larkspur Landing Circle, Suite 212
        Larkspur, CA 94939
        Tel.: (415) 461- 2700 x 203
        Fax: (415) 461- 2726

        By /s/ Steve Nielsen
              Steven A. Nielsen

        Attorneys for
        Attorneys for Plaintiff and Counterdefendant,
        IVARSON USA, LLC

Dated: Sept. 9, 2014

        R. Joseph Trojan CA Bar No. 137,067
        Trojan@patentrademark.com
        Dylan Dang CA Bar No. 223,455
        dang@patentrademark.com
        TROJAN LAW OFFICES
        9250 Wilshire Blvd., Suite 325
        Beverly Hills, CA 90212
        Tel.: (310) 777-8399
        Fax: (310) 777-8348

        By /s/ R. Joseph Trojan
              R. Joseph Trojan

        Attorneys for Defendant/Counterclaimant,
        TRAVELERS CLUB LUGGAGE, INC.

IT IS HEREBY ORDERED that the Further CMC is reset for 11/20/14 at 10:30 a.m. An updated joint CMC Statement shall be filed by 11/13/14.

_____
EDWARD M. CHEN
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

*IVARSON USA, LLC vs. TRAVELERS CLUB LUGGAGE, INC. CASE NO. CV13-02059-EMC*
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**