1  Steven A. Nielsen (CSB #133,864)
   Steve@NielsenPatents.com
2  **ALLMAN & NIELSEN, P.C.**
   100 Larkspur Landing Circle, Suite 212
3  Larkspur, California 94939
   Tel.: (415) 461-2700
4  Fax: (415) 461-2726

5  Attorneys for Plaintiff and Counterdefendant,
   IVARSON USA, LLC

6

7              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8                   SAN FRANCISCO DIVISION

9
                                                     )
10 IVARSON USA, LLC,                                 )  Case No. CV13-02059-EMC
                                                     )
11     Plaintiff /Counterdefendant,                  )  **STIPULATION OF DISMISSAL AND
                                                     )  [PROPOSED] ORDER THEREON**
12     vs.                                           )
                                                     )
13 TRAVELERS CLUB LUGGAGE, INC.,                     )
                                                     )
14     Defendant/Counterclaimant.                    )
                                                     )
15                                                   )
                                                     )
16

17

18        The parties, by and through their respective counsel, stipulate to dismissal of this action

19 in its entirety with prejudice. Outside of the terms of the Settlement Agreement ("Agreement")

20 herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and

21 request that the Court retain jurisdiction over enforcement of the Agreement.

22

23        Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

24 their designated counsel that the above-captioned action be and hereby is dismissed with

25 prejudice.

26
          This stipulation may be executed in counterparts, all of which together shall constitute
27
   one original document.
28

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: Sept. 12, 2014 | ALLMAN & NIELSEN, P.C. |
| 4 | | By /s/ *Steven A. Nielsen* |
| | | Steven A. Nielsen |
| 5 | | |
| 6 | | Attorneys for Plaintiff and Counterdefendant, IVARSON USA, LLC |
| 7 | | |
| 8 | Dated: Sept. 12, 2014 | TROJAN LAW OFFICES |
| 9 | | By /s/  R. Joseph Trojan |
| 10 | | R. Joseph Trojan |
| 11 | | Attorneys for Defendant and Counterclaimant, TRAVELERS CLUB LUGGAGE, INC. |
| 12 | | |

### **ATTESTATION OF E-FILED SIGNATURE**

I, Steven A. Nielsen, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that R. Joseph Trojan has concurred in this filing.

Dated:  Sept.  12, 2014                               /s/  Steven A. Nielsen

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purposes of enforcing the parties' Settlement Agreement should such enforcement be necessary.

Dated: 9/17 ,2014



_____
Honorable
United